**Andrew Dolejs, appellant, v. Zlata Koruna Loan & Building Association et al., appellees. Gen. No. 31,724.**

Bill to redeem realty from foreclosure sale. Dismissed for want of equity. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Sumner C. Palmer, for appellant. James S. Wight, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Theresa Hunter, appellee, v. Underwriters Mutual Life Insurance Company, appellant. Gen. No. 31,818.**

Action to recover on life insurance policy. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John H. Lyle, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Reversed and remanded. Opinion filed October 10, 1927.

Lewis E. Johnson, for appellant. John F. Cashen, Jr., for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**In re estate of Margaret Roberson, deceased, on appeal of Emily Morris, appellant. Gen. No. 31,830.**

**In re estate of Margaret Roberson, deceased, on appeal of Nellie Leavitt et al., appellants. Gen. No. 31,831.**

Appeal from order of distribution of estate. Appeal from the Circuit Court of Cook county; the Hon. Kickham Scanlan, Judge, presid-ing. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Booth & Pottle, for Emily Morris, appellant. Castle, Williams, Long & Castle, for Nellie Leavitt et al., appellants. Wirt E. Humphrey, for Alma G. Hamilton, appellee, personally and as administratrix, and John E. Hamilton.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Charles Richmond, trading as Economical Tire & Supply Company, appellee, v. Universal Tire & Rim Company, appellant. Gen. No. 31,843.**

Action for goods sold and delivered. Judgment for plaintiff. Ap-peal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1927. Affirmed. Opinion filed October 10, 1927.

Jacob G. Grossberg and Julius L. Kabaker, for appellant. No ap-pearance for appellee.

Mr. Justice O'Connor delivered the opinion of the court.